UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO A. SISNEROS, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT,<br><br>　　　　　Defendant. | Case No.  14-cv-05144-JST<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

By order dated November 20, 2014, the parties were ordered to take certain steps regarding alternative dispute resolution.  ECF No. 2.  Among other things, the parties were required to file by February 4, 2015 both (1) an ADR certification signed by the parties and counsel, and (2) either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference.  Id.  The parties have not complied with either obligation.

The parties are now ordered to comply with these obligations by July 8, 2015.  The case management conference currently scheduled for July 1, 2015 is continued to July 22, 2015 at 2:00 p.m.  An updated Joint Case Management Statement is not required.

The parties are further advised that further failure to comply with the orders or local rules of the Court may lead to the imposition of sanctions.

**IT IS SO ORDERED.**

Dated: June 28, 2015

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　United States District Judge