UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICARDO A. SISNEROS, et al.,

          Plaintiffs,

      v.

OAKLAND UNIFIED SCHOOL DISTRICT,

          Defendant.

Case No.  14-cv-05144-JST

**SCHEDULING ORDER**

    The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Deadline to add parties or amend the pleadings | June 26, 2015[1] |
| Fact discovery cut-off | February 26, 2016 |
| Expert disclosures | March 18, 2016 |
| Expert rebuttal | April 8, 2016 |
| Expert discovery cut-off | April 22, 2016 |
| Deadline to file dispositive motions | May 13, 2016 |
| Pretrial conference statement due | July 26, 2016 |

[1] Because this deadline has already passed, any party seeking to amend its pleadings must show good cause.  Fed. R. Civ. P. 16.

United States District Court
Northern District of California

| Event | Deadline |
|---|---|
| Pretrial conference | August 5, 2016 at 2:00 p.m. |
| Trial | August 29, 2016 at 8:30 a.m. |
| Estimate of trial length (in days) | Eight |

Counsel may not modify these dates without leave of court.  The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely manner and appear at trial on the noticed and scheduled dates.  All counsel must arrange their calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

Trial dates set by this Court should be regarded as firm.  Requests for continuance are disfavored.  The Court will not consider any event subsequently scheduled by a party, party-controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant a continuance.  The Court will not consider the pendency of settlement discussions as good cause to grant a continuance.

The Case Management Conference scheduled for July 22, 2015 is vacated.

IT IS SO ORDERED.

Dated:  July 17, 2015



JON S. TIGAR
United States District Judge