UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO A. SISNEROS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> OAKLAND UNIFIED SCHOOL DISTRICT, <br><br> Defendant. | Case No. 14-cv-05144-JST <br><br> **ORDER SETTING CASE MANAGEMENT CONFERENCE** <br><br> Re: ECF No. 60 |

The Court has received the Notice to Repudiate and Withdraw from Settlement Agreement and Request for Order Re-Setting Initial Case Management Conference, filed by Plaintiff and Guardian Ad Litem Ricardo Sisneros. The Court hereby sets a Case Management Conference for April 27, 2016 at 2:00 p.m. A Case Management Statement is not required.

IT IS SO ORDERED.

Dated: April 4, 2016

_____
JON S. TIGAR
United States District Judge